### GARLOCK v. CALKINS *et al.*

(Opinion filed April 1, 1902.)

On rehearing. Denied.

For former report, see 84 N. W. 393.

Appealed from circuit court Custer county. HON. LEVI McGEE, Judge.

This case was first determined by the court in an opinion reported in 14 S. D. 90, 84 N. W. 393. In that opinion the judgment of the trial court creating a judgment of a justice of the peace was reversed. This opinion is upon a rehearing subsequently granted. Former decision adhered to.

*Ed. L. Grantham,* and *B. R. Wood,* for appellant.

*W. E. Benedict,* for respondent.

CORSON, J. The appeal in this case was decided at a former term of this court, and is reported in 14 S. D. 90, 84 N. W. 393. A petition for a rehearing was granted, and the case is now before us on such rehearing. Upon a careful review of the questions presented, we adhere to our former opinion. The order appealed from is therefore reversed.